

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-15-00364-CR**
**No. 10-15-00365-CR**
**No. 10-15-00367-CR**
**No. 10-15-00368-CR**

**JEREMIAH TENNON,**

                                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                           **Appellee**

_____

**From the 278th District Court**
**Walker County, Texas**
**Trial Court Nos. 26,693, 26,695, 26,799 and 26,807**

---

### O R D E R

---

Jeremiah Vadald Tennon's motions for rehearing are denied.

Regarding the complaint form which Tennon sent to the Court along with Tennon's motions for rehearing, Tennon is advised that this Court does not have jurisdiction of the type complaint Tennon has raised against his attorney, and the Court will not take any action on it.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motions denied
Order issued and filed December 3, 2015

